**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

DEANTHONY PERRY and                                                              PLAINTIFFS
DEON MOUTON

v.                                       NO. 3:09CV00183 JLH

ROSS THOMPSON; JANIE BATTLES;
and CITY OF BLYTHEVILLE, ARKANSAS                                           DEFENDANTS

**ORDER**

Presently before the Court is the Joint Motion for Continuance of the trial date and all deadlines. Document #8. Good cause having been shown, the motion is granted, and the trial of this matter previously set for September 20, 2010, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 17th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE