**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | |
|---|---|
| DEANTHONY PERRY and<br>DEON MOUTON | PLAINTIFFS |
| v.   NO. 3:09CV00183 JLH | |
| ROSS THOMPSON; JANIE BATTLES;<br>and CITY OF BLYTHEVILLE, ARKANSAS | DEFENDANTS |

**ORDER**

Presently before the Court is the Joint Motion for Continuance of the trial date and all deadlines.  Document #8.  Good cause having been shown, the motion is granted, and the trial of this matter previously set for September 20, 2010, in Jonesboro, Arkansas, is removed from the Court's docket.  A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 17th day of March, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE