## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

DEANTHONY PERRY and　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFFS
DEON MOUTON

v.　　　　　　　　　　　　　　No. 3:09CV00183 JLH

ROSS THOMPSON; JANIE BATTLES;
and CITY OF BLYTHEVILLE, ARKANSAS　　　　　　　　　　　　　　　DEFENDANTS

### ORDER

Having been notified by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 17th day of December, 2010.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE